**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FILED
MAY 01 2019   Revised 07/07 WDNY
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

LaUonda A. Jefferson
3D Baker St. Apt. 19
Churchville, N.Y. 14428
_____
Name(s) of Plaintiff or Plaintiffs

**Jury Trial Demanded: Yes____ No ✓**

-vs-

Rochester Psychiatric Center
1111 Elmwood Ave.
Rochester N.Y. 14620
_____
Name of Defendant or Defendants

**DISCRIMINATION COMPLAINT**

-CV-
19 CV 6320 MAT

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

✓    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
    NOTE: In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
    NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
    NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

_____     New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

**PARTIES**

1. My address is: 30 Baker St. Apt.19 Churchville, N.Y. 14428

   My telephone number is: 585·358·6223

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: Rochester Psychiatric Center

   Number of employees: 100+

   Address: 1111 Elmwood Ave Rochester, N.Y. 14620

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: _____

   Address: _____

   _____

   _____

**CLAIMS**

4. I was first employed by the defendant on (date): 10|4|07

5.    As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
9/27/17

6.    As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): 9/27/17, 10/11/17, 1/18/18, 2/3/18, 2/15/18, 3/2/18, 5/4/18 10/5/18

7.    I believe that the defendant(s)

a. ✓         Are still committing these acts against me.
b. _____     Are not still committing these acts against me.
(Complete this next item **only** if you checked "b" above)   The last discriminatory act against me occurred on (date) _____

_____

8.    (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

The date when I filed a complaint with the New York State Division of Human Rights is
7/3/18
_ (estimate the date, if necessary)

I filed that complaint in (identify the city and state): Buffalo New York

EEOC Charge #: 16GB803889
The Complaint Number was: NYSDHR Case #: 10195478

9.    The New York State Human Rights Commission did ___✓___ /did not ___✗___ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10.   The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: 05/02/18

11.   The Equal Employment Opportunity Commission did ___✓___ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12.   The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: ___2/19/19_____. (**NOTE:** If it

3

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.     I am complaining in this action of the following types of actions by the defendants:

a. _____   Failure to provide me with reasonable accommodations to the application process

b. _____   Failure to employ me

c. _____   Termination of my employment

d. _____   Failure to promote me

e. _____   Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. _____   Harassment on the basis of my sex

g. ✓   Harassment on the basis of unequal terms and conditions of my employment

h. ✓   Retaliation because I complained about discrimination or harassment directed toward me

i. _____   Retaliation because I complained about discrimination or harassment directed toward others

j. _____   Other actions (please describe) _____
_____
_____

14.     Defendant's conduct is discriminatory with respect to which of the following (check all that apply): testified to an incident|retaliation

a. ✓   Race                                 f. _____   Sexual Harassment

b. _____   Color                          g. _____   Age
                                            _____ Date of birth
c. ✓   Sex
                                            h. _____   Disability
d. _____   Religion                       Are you incorrectly perceived as being
                                            disabled by your employer?
e. _____   National Origin                _____ yes ___ no

15.     I believe that I was ✓/was not _____ **intentionally** discriminated against by the defendant(s).

4

16.   I believe that the defendant(s) is/are ✓ is not/are not ✗ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

_____

17.   **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (**NOTE**: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18.   The Equal Employment Opportunity Commission (*check one*):
      _____ **has not** issued a Right to sue letter
      ✓ **has** issued a Right to sue letter, which I received on 2\19\19

19.   State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

- I was contacted by Vickie Eudell, Affirmative Action, stating she needed to speak to me in regards to an incident I may have witnessed in Forensics, unsure of the date. It was in regards to a sexual harrassment claim by Laurie Billet accusing Tom Richards which I found out at a later date. After meeting with Affirmative Action I began to notice the treatment from the safety officers to differ towards me.
- On 9/27/17 I was coming down the back stairs of Forensics and pressed the buzzer to be let through the door to get to unit, Officer Raymond Stowell was on the switchboard that
                                                        - cont'd

## FOR LITIGANTS ALLEGING AGE DISCRIMINATION

20.   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
      _____ 60 days or more have elapsed    _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21.   I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

22.    The date on which I first asked my employer for reasonable accommodation of my disability is _____

23.    The reasonable accommodations for my disability (if any) that my employer provided to me are: _____

_____

_____

24.    The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 5\1\19    _____

Plaintiff's Signature

6

①

19. Cont'd

~Shift and kept silencing the buzzer but never giving me access to enter the door. I began to panic as being left in the stairwell and making several attempts to get the officer to let me through the doors. The officer eventually let me through the door. I reported him to the oncoming Srgt. for the next shift, due to shift change, which was Srgt. Eric Moore. Srgt. Eric Moore reviewed the tape and said he be speaking to him due to the length of time I was held in the stairwell.

On 10/1/17 I arrived to work around 0800. I handed my keys to the safety officer, Jason Gilbert, and proceeded to enter the sallyport. Officer Thomas Richards, the alleged officer in the sexual harassment case was in the control room as well. As I put my belongings on the conveyor belt and proceeded to walk through the metal dectector Offr. Richards watched me closely. As I cleared and exited the sally port to retrieve my house keys for forensics,



Cont'd

Offr. Richards threw my keys in the drawer and slammed the drawer startling me as it came crashing open on my side to retrieve them.

- The next day, 10/2/17, I went to Laurie Billet and told her the events that happened to me over the weekend and I was going to HR to report them. She came with me and met with Colomba Missiritti, Doug Lee, acting chief Hartel, and



EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Layonda A. Jefferson<br>30 Baker Street Apt. 19<br>Churchville, NY 14428 | From: New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |

| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2018-03889 | Holly M. Shabazz,<br>State & Local Program Manager | (212) 336-3643 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Kevin J. Berry,
District Director

February 15, 2019
*(Date Mailed)*

Enclosures(s)

cc:

**NEW YORK STATE, OFFICE OF MENTAL HEALTH**
**ATTN: General Counsel**
**44 Holland Avenue, 8th Floor**
**Albany, NY 12229**

# FACTS ABOUT FILING
# AN EMPLOYMENT DISCRIMINATION SUIT
# IN FEDERAL COURT IN NEW YORK STATE

You have received a document which is the final determination or other final action of the Commission. This ends our handling of your charge. The Commission's action is effective upon receipt. Now, you must decide whether you want to file a private lawsuit in court. This fact sheet answers several commonly asked questions about filing a lawsuit.

## WHERE SHOULD I FILE MY LAWSUIT?

Federal District Courts have strict rules concerning where you may file a suit. You may file a lawsuit against the respondent (employer, union, or employment agency) named in your charge. The appropriate court is the district court which covers either the county where the respondent is located or the county where the alleged act of discrimination occurred. However you should contact the court directly if you have questions where to file your lawsuit. New York State has four federal districts:

- The United States District Court for the Southern District of New York is located at 500 Pearl Street in Manhattan. It covers the counties of Bronx, Dutchess, New York (Manhattan), Orange, Putnam, Rockland, Sullivan, and Westchester. (212) 805-0136 http://www.nysd.uscourts.gov

- The United States District Court for the Eastern District of New York is located at 225 Cadman Plaza in Brooklyn and covers the counties of Kings (Brooklyn), Nassau, Queens, Richmond (Staten Island), and Suffolk. (718) 613-2600 http://www.nyed.uscourts.gov

- The United States District Court for the Western District of New York is located at 68 Court Street in Buffalo. It covers the counties of Allegheny, Cattaraugus, Chautauqua, Chemung, Erie, Genesee, Livingston, Monroe, Niagara, Ontario, Orleans, Schuyler, Seneca, Steuben, Wayne, Wyoming, and Yates. (716) 551-4211 332-1700 http://www.nywd.uscourts.gov

- The United States District Court for the Northern District of New York is located at 100 South Clinton Street in Syracuse and covers the counties of Albany, Broome, Cayuga, Chenango, Clinton, Columbia, Cortland, Delaware, Essex, Franklin, Fulton, Greene, Hamilton, Herkimer, Jefferson, Lewis, Madison, Montgomery, Oneida, Onondaga, Oswego, Ostego, Rensselaer, St. Lawrence, Saratoga, Schenectady, Schoharie, Tioga, Tompkins, Ulster, Warren, and Washington. This District Court's *Pro Se* Attorney has offices at 10 Broad Street in Utica New York. (315) 234-8500 http://www.nynd.uscourts.gov

## WHEN MUST I FILE MY LAWSUIT?

Your private lawsuit must be filed in U.S. District Court within **90 days** of the date you receive the enclosed EEOC Notice of Right To Sue. Otherwise, you will have lost your right to sue.

(Over)

## DO I NEED A LAWYER?

No, you do not need a lawyer to file a private suit. You may file a complaint in federal court without a lawyer which is called a *Pro Se* complaint. Every district court has either a clerk or a staff attorney who can assist you in filing *Pro Se*. To find out how to file a *Pro Se* complaint, contact the clerk of the court having jurisdiction over your case who can advise you of the appropriate person to assist you and of the procedures to follow, which may very from district to district.

You may, however, wish to retain a lawyer if you chose. Whether you retain a private attorney, or file *Pro Se*, you must file your suit in the appropriate court within 90 days of receiving this mailing.

## WHAT IF I WANT A LAWYER BUT CAN'T AFFORD ONE?

If you can't afford a lawyer, the U.S. District Court which has jurisdiction may assist you in obtaining a lawyer. You must file papers with the court requesting the appointment of counsel. You should consult with the office of the district court that assists *Pro Se* complainants for specific instructions on how to seek counsel. The appointment of counsel in any *Pro Se* complaint is always at the discretion of the court.

Generally, the U.S. District Court charges a $350.00 filing fee to commence a lawsuit. However, the court may waive the filing fee if you cannot afford to pay it. You should ask the office of the District Court that assists *Pro Se* complainants for information concerning the necessary procedure to request that the filing fee be waived.

## HOW CAN I FIND A LAWYER?

These are several attorney referral services operated by bar or other attorney organizations which may be of assistance to you in finding a lawyer to assist you in ascertaining and asserting your legal rights:

American Bar Association
(800) 285-2221
www.abanet.org

New York City Bar
Legal Referral Service
(212) 626-7373

New York State Bar Association
(800) 342-3661
www.nysba.org

National Employment Lawyers Association
Referral Service
(212) 819-9450
http://www.nelanv.com/EN

Other local Bar Associations in your area may also be of assistance.

## HOW LONG WILL THE EEOC RETAIN MY CASE FILE?

Generally, the Commission's rules call for your charge file to be destroyed after 2 years from the date of a determination, but time frames may vary. If you file a suit, and wish to request a copy of your investigative file, you or your attorney should make the request in writing as soon as possible. If you file suit, you or your attorney should also notify this office when the lawsuit is resolved.



## Division of Human Rights

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

LAYONDA A. JEFFERSON,

                              Complainant,

                v.

NEW YORK STATE, OFFICE OF MENTAL
HEALTH, ROCHESTER PSYCHIATRIC CENTER,

                              Respondent.

---

DETERMINATION AND
ORDER AFTER
INVESTIGATION

Case No.
10195478

Federal Charge No. 16GB803889

On 7/3/2018, Layonda A. Jefferson filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named respondent with an unlawful discriminatory practice relating to employment because of opposed discrimination/retaliation in violation of N.Y. Exec. Law, art. 15 (Human Rights Law).

After investigation, and following opportunity for review of related information and evidence by the named parties, the Division has determined that there is NO PROBABLE CAUSE to believe that the respondent has engaged in or is engaging in the unlawful discriminatory practice complained of. This determination is based on the following:

The investigation failed to show sufficient evidence to support the allegations in the complaint. The investigation showed complainant to have been a witness in an internal complaint nearly a year prior to the incidents she alleges were retaliation for that participation. The investigation showed that complainant did not report the isolated incidents to management until well after the fact. There is no indication that the complainant has been subjected to adverse employment action. Any alleged nexus between the complainant's participation in an investigation, and the two isolated later incidents cited by the complainant, appears to be speculative.

The complaint is therefore ordered dismissed and the file is closed.

- 2 -

PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition within sixty (60) days after service of this Determination. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under Title VII of the Civil Rights Act of 1964. Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated:    NOV 0 6 2018

Rochester, New York

STATE DIVISION OF HUMAN RIGHTS

By:    _Julia B Day_

Julia B. Day
Regional Director

- 2 -



## Division of Human Rights

**ANDREW M. CUOMO**
Governor

**HELEN DIANE FOSTER**
Commissioner

# Notice of Important Document

| | |
|---|---|
| **ENGLISH** | **This is an important document. If you need help to understand it, please call 888-392-3644. An interpreter will be provided free.** |
| **Español**<br><br>**Spanish** | Este es un documento importante. Si necesita ayuda para entenderlo, por favor llame al 888-392-3644. Se le proveerá un intérprete gratis. |
| 简体字<br><br>**Simplified Chinese** | 这是一份重要文件。 如果您需要帮助理解此文件， 请打电话至 888-392-3644。<br>您会得到免费翻译服务。 |
| 簡體字<br><br>**Traditional Chinese** | 这是一份重要文件。如果您需要幫助理解此文件， 請打電話至 888-392-3644。<br>您会得到免費翻譯服務。 |
| **Kreyòl Ayisyen**<br><br>**Haitian Creole** | Sa a se yon dokiman enpòtan. Si ou bezwen èd pou konprann li, tanpri rele: 888-392-3644. Y ap ba ou yon entèprèt gratis. |
| **Italiano**<br><br>**Italian** | Il presente documento è importante. Per qualsiasi chiarimento può chiamare il numero 888-392-3644. Un interprete sarà disponibile gratuitamente. |
| 한국어<br><br>**Korean** | 이것은 중요한 서류입니다. 도움이 필요하시면, 연락해 주십시오: 888-392-3644. 무료 통역이 제공됩니다. |
| **Русский**<br><br>**Russian** | Это важный документ. Если Вам нужна помощь для понимания этого документа, позвоните по телефону 888-392-3644.  Переводчик предоставляется бесплатно. |

# EEOC (INQUIRY) NUMBER: 525-2018-00899

## Inquiry Information

### REASON(S) FOR CLAIM

Date of Incident (Approximate): 01/19/2018

Reason for Complaint: Retaliation - I helped or was a witness in someone else's complaint about job discrimination

Pay Disparity:

Location of Incident: New York

Submission (initial inquiry) Date: 05/02/2018

Claim previously filed as charge with EEOC? No

Approximate Date of Filing: N/A

Charge Number: N/A

Claim previously filed as complaint with another Agency? No

Agency Name: N/A

Approximate Date of Filing: N/A

Nature of Complaint: N/A

### INQUIRY OFFICE

Receiving: Buffalo Local Office

Accountable: Buffalo Local Office

### APPOINTMENT

Appointment Date and time: 07/03/2018 11:00 AM US/Eastern

Interview Type: In-Person

### APPROXMATE DEADLINE FOR FILING A CHARGE:  11/15/2018

### POTENTIAL CHARGING PARTY

First Name, Middle Initial: Layonda

Last Name: Jefferson

Street or Mailing Address: P. O. Box 64501

Address Line 2:

City, State, Zip: ROCHESTER, NY, 14624

Country: UNITED STATES OF AMERICA

Year of Birth:

Email Address: Layonda.jefferson@yahoo.com

Home Phone Number:

Cell Phone Number: (520) 392-9692

## RESPONDENT

Organization Name: ROCHESTER PSYCHIATRIC CENTER HUMAN RESOURCES

Type of Employer: State or Local Government that I applied to, work for, or worked for

Number of Employees: 20 or more employees

Street or Mailing Address: 1111 Elmwood Avenue

Address Line 2:

City, State, Zip Code: ROCHESTER,NY, 14620

County: Monroe

Phone Number: (585) 241-1200

## RESPONDENT CONTACT

First and Last Name: Colombia Missiretti

Email Address:

Phone Number:

Title: Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

Street or Mailing Address:

Address Line 2:

City, State, Zip Code:

County:

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

Gender: F

Disabled: I do not have a disability

Are you Hispanic or Latino? not hispanic or latino

Ethnicity: Black or African American,

National Origin: American(U.S.)

## Adverse Action(s)

I was called to speak to affirmative action about a case at RPC and was targeted by the suspects on 1/19/18. I reported the incident to human resources and filed WPV on these safety officers. One of the complaints were answered and two others weren't. The suspect was out on leave and returned two and a half months later and tried to escort me and a patient on a transport. The sergeant which was the 2nd office required to shackle the patient was present and I mentioned for him to come close and reminded him I had an open WPV filed against him. The sergeant told him he would do the transport. The appropriate authorities did not inform me of the officers return or of anything regards the incident. I submitted a grievance on administration for not answering the grievance. That has not been answered either.

# Supplemental Information

## What Reason(s) were you given for the action taken against you?

I have worked for RPC for almost 11 years. Seven years on the civil side and 4 come 5/14 in Forensics. I've had multiple issues at the job with people of higher authority the entire time without fault and administration has never handled any of the situations fair or accordingly. Since I received my promotion to Forensics and now being represented under NYSCOPBA I thought I would have less issues and fairer results upon issues but that hasn't been the case.

## Was anyone in a similar situation treated the same, better, or worse than you?

Laurie Billet, admissions of Forensics, had some serious issues with two of the employees I've had issues with and it wasn't handled fairly. I was called upon by Affirmative Action in regards to her issues and she still was left to fend for herself

## Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

Laurie Billet of RPC Forensics 585-241-1200. I do not have any personal contact info for her but she has filed several WPV claims on certain individuals and had the same results or worse as myself.

## Please tell us any other information about your experience?

I've had a very rough experience working for NYS and I truly love my job. This facility has multiple issues on the civil and forensic side that are ignored and swept under the rug. I've been fighting for

justice for myself my entire work history there and I have never been treated fair. Staffing had to manually enter t. Itwas so bad that HR director had to manually enter my time for some because it went that far back. At that time I filed for bankruptcy and became overwhelmed that I would not be able to provide for myself and my family. All the stress and incidents that I was going through at the facility were so overwhelming that I went out on stress leave. I went to EAP among my union and received no help. I didn't have the time on the books to take the time that I truly needed. I've never been out on workers comp or any extended leave on NYS my entire work history. Upon trying to return after 24 work days I was not allow to return. Apparently a co worker I confided in sharing that the legal issues I was having the last 13 years stemming from a young lady name Fatimat O. Reid that is now the Chief of Staffing at the Rochester City School District is of some relation to a Psychiatrist I worked with in Forensics that friended me named Dr. Abiola O. Adeleja is of some relations to her. The co worker who I thought was my friend, Michael Cahill, returned to the building that day stating I was trying to purchase a gun from him because I thought the employees, safety officers, were targeting me and tapped my phone. I'm afraid of guns. All was untrue and I was never confronted by any administration asking is any of this true. I was told after submitting medical documentation weekly and upon my RTW date was told I couldn't return. Colomba Missiritti informed my I had to be seen by their Dr with telling me why. I was okay with that but stated please just make the apt asap because I can not afford to be out. I received the letter by certified mail a day before my scheduled apt and learned of the accusations against me and also that I had to use a state vehicle that Missiritti forgot to inform me of. I was able to reach her that day and 5 mins into our conversation she gave me clearance to use my vehicle and also told me she would put me back on the books as of 3/15 because I would be out for awhile. My anxiety was so bad I had to began taken meds to help control my anxiety because this all was so overwhelming. I went to the appt the next day and spoke upon the issues on the letter with the Dr. and was cleared. A phone conversation later with Missiritti from her personal cell phone informing me my access to things around the facility would be reinstated, which it wasn't, and that we will just ignore this situation. I responded by saying I just need to get back to work because I truly can't afford being out. Upon returning I no longer volunteer for OT which I've done my entire work history there and keep to myself. I worked nights to raise my children and within the last few years have been on days. I returned to nights where I have the least interaction with the staff because I do not feel safe there anymore and I do not know who to trust because I've had so many bad things happen to me while working in forensics.

 NEW YORK STATE | Division of Human Rights

RECEIVED JUL 03 2018 NYSDHR BUFFALO REGIONAL OFFICE

# Employment (Includes Licensing, Internships, & Volunteer Firefighting) Discrimination Complaint Form

## Instructions

1) Please fill out the complaint form, answering all of the questions. If you are filling out the form on a computer, please print it immediately when you are finished. ***You may not be able to save the completed form***. If possible, please type. If you are filling out the form by hand, please print. ***Please do not write in the margins or on the back of this form.***

**Please note: A delay could occur in the filing and the investigation of your complaint if the form is not filled out properly or if the information you provide is not legible.**

2) After you fill out the form, please have this complaint form notarized. Please contact our office if you have questions about notarization (see below). Notary services are available at the Division free of charge.

3) Attach copies of any documents that you think will help the Division investigate your case (pay stubs, letter of termination, performance evaluations, disciplinary notices, etc.).

4) Return the ***original*** complaint form to the regional office closest to you. See below for the list of office locations. You may return the complaint by ***mail or in person***.

5) Keep a copy of your complaint, and copies of any documents that you attach, for your own records.

6) The completed and notarized complaint must be returned to the Division promptly. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are charging with discrimination.

## Time Limit for Filing

Please note: You must file your complaint within ***one year*** of the most recent act of alleged discrimination. If you were terminated, you must file within one year of the date you were first informed you would be terminated.

***If you need further assistance or require an accommodation for a disability, please call one of our offices, make an appointment for a personal meeting or visit our website at www.dhr.ny.gov/how-file-complaint. Interpreter services are also available at no cost upon request.***

## NYS Division of Human Rights Offices

**Albany**
Agency Building 1, 2nd Floor
Empire State Plaza
Albany, New York 12220
Telephone No. (518) 474-2705

**Binghamton**
44 Hawley Street, Room 603
Binghamton, New York 13901
Telephone No. (607) 721-8467

**Buffalo**
Walter J. Mahoney State Office Bldg.
65 Court Street, Suite 506
Buffalo, New York 14202
Telephone No. (716) 847-7632

**Brooklyn**
55 Hanson Place, Room 304
Brooklyn, New York 11217
Telephone No. (718) 722-2385

**Long Island** (Nassau)
50 Clinton Street, Suite 301
Hempstead, New York 11550
Telephone No. (516) 539-6848

**Long Island** (Suffolk)
New York State Office Building
250 Veterans Memorial Highway,
Suite 2B-49
Hauppauge, New York 11788
Telephone No. (631) 952-6434

**Manhattan**
Adam Clayton Powell Jr.
State Office Bldg.
163 West 125th Street, 4th Floor
New York, New York 10027
Telephone No. (212) 961-8650

**Office of Sexual Harassment Issues/Queens**
55 Hanson Place, Room 900
Brooklyn, New York 11217
Telephone No. (718) 722-2060

**Rochester**
One Monroe Square
259 Monroe Avenue, Suite 308
Rochester, New York 14607
Telephone No. (585) 238-8250

**Syracuse**
333 E. Washington Street,
Room 543
Syracuse, New York 13202
Telephone No. (315) 428-4633

**White Plains**
7-11 South Broadway, Suite 314
White Plains, New York 10601
Telephone No. (914) 989-3120

## What is Covered by the Human Rights Law?

| |
|---|
| The Division of Human Rights investigates complaints of discrimination based on: |
| **Age** (if you are at least 18 years of age) |
| **Arrest Record** (that was resolved in your favor or youthful offender record or sealed conviction record) |
| **Conviction Record** (only for private employers; against public employers, you must file directly in state court) |
| **Creed / Religion** (religious belief, practice, or observance) |
| **Disability** (a physical or mental condition, including conditions related to gender identity or denial of reasonable accommodation) |
| **Denial of Use of Guide Dog, Hearing Dog, or Service Dog** |
| **Pregnancy-Related Condition** (a medical condition related to pregnancy or childbirth or denial of reasonable accommodation of such condition) |
| **Domestic Violence Victim Status** |
| **Familial Status** (if you are pregnant, are a parent of child under 18, or have a child under age 18 in the household) |
| **Predisposing Genetic Characteristics** (information from a genetic test) |
| **Marital Status** (single, married, separated, divorced, widowed) |
| **Military Status** (including military reserves) |
| **National Origin** (the country where you or your ancestors were born) |
| **Race/Color** (because you are Asian, Black, White, etc.; includes ethnicity) |
| **Retaliation** (if you filed a discrimination case before, were a witness or helped someone else with a discrimination case, or opposed or reported discrimination due to race, sex, or any other category listed on this page) |
| **Sex** (because of your gender, includes sexual stereotyping, sexual harassment, pregnancy, gender identity or transgender status) |
| **Sexual Orientation** (heterosexual, homosexual, bisexual, asexual, whether actual or perceived) |
| **Relationship or Association** (with a member or members of a protected category covered under the relevant provisions of the Human Rights Law) |
| The Division investigates complaints only if the discrimination is based on one or more of the above reasons. The Division cannot investigate unfair treatment that does not involve one of these reasons. If you do not see anything in this list that applies to your situation, please contact the Division of Human Rights to speak to a staff member. |

2
Instructions

**New York State Division of Human Rights**
**Employment Complaint Form**

**1. Your contact information:**

First Name: _Lashonda_ | Middle Initial/Name: _A._

Last Name: _Jefferson_

Street Address/ PO Box: _P.O. Box 24501 30 Baker St_ | Apt or Floor #: _Apt.19_

City: _Churchville_ | State: _N.Y_ | Zip Code: _14428_

**2. Regulated Areas:** You believe you were discriminated against in the area of:
- ☒ Employment *(including paid internship)*
- ☐ Apprentice Training
- ☐ Internship *(unpaid only)*
- ☐ Volunteer Firefighting *(excludes disability, age, domestic violence victim status, arrest, conviction, genetic history)*
- ☐ Labor Organization
- ☐ Employment Agencies
- ☐ Licensing

**3. You are filing a complaint against:**

Employer Name: _Rochester Psychiatric Center_

Street Address/ PO Box: _1111 Elmwood Ave_

City: _Rochester_ | State: _N.Y_ | Zip Code: _14620_

Telephone Number: _(585) 241.1200_    Ext. _1905_

In what *county or borough* did the violation take place? _Monroe_

Individual people who discriminated against you:
Name: _Raymond Stowell_    Title: _Safety Officer_
Name: _Thomas Richards_    Title: _Safety Officer_
_forensics_

If you need more space, please list them on a separate piece of paper.

**4. Date of alleged discrimination** *(must be within one year of filing):*
The most recent act of discrimination happened on: _29_ month _29_ day _17_ year    _9/29/17_

**5. For employment and internships, how many employees does this company have?**
☐ 1-3   ☐ 4-14   ☐ 15-19   ☒ 20 or more   ☐ Don't know

**6. Are you currently working for this company?** _Yes_

☒ Yes. Date of hire: _10_ month _4_ day _07_ year | What is your position? _Security Hospital Therapy Assistant_

☐ No. Last day of work: ___ month ___ day ___ year | What was your position?

☐ I was never hired. Date of application: ___ month ___ day ___ year | What position did you apply for?

1
Complaint

## 7. Basis of alleged discrimination:

Check *ONLY* the boxes that you believe were the reasons for discrimination. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☐ **Age**:<br>Date of Birth: _____ | ☐ **Military Status**:<br>☐ Active Duty    ☐ Reserves |
| ☐ **Arrest Record** *(resolved in your favor or youthful offender record or sealed conviction record)* | ☐ **National Origin**:<br>Please specify: _____ |
| ☐ **Conviction Record** | ☐ **Predisposing Genetic Characteristic**:<br>Please specify: _____ |
| ☐ **Creed/ Religion**:<br>Please specify: _____ | ☐ **Pregnancy-Related Condition**:<br>Please specify: _____ |
| ☐ **Disability**:<br>Please specify: _____ | ☐ **Race/Color or Ethnicity**:<br>Please specify: _____ |
| ☐ **Domestic Violence Victim Status** | ☐ **Sexual Orientation**:<br>Please specify: _____ |
| ☐ **Familial Status**:<br>Please specify: _____ | ☐ **Sex**:<br>Please specify: _____<br>Specify if the discrimination involved:<br>☐ Pregnancy  ☐ Gender Identity ☐ Transgender Status<br>☐ Sexual Harassment |
| ☐ **Marital Status**:<br>Please specify: _____ | |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any ~~targeting~~ category above, check below:

*(handwritten: Safety officers started talking me after affirmative Action Contacted me. I reported them no action taken)*

☒ **Retaliation**: How you did you oppose discrimination: _____

## 8. Acts of alleged discrimination: *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| ☐ Refused to hire me | ☐ Denied me an accommodation for my disability or pregnancy-related condition | ☐ Denied me leave time or other benefits | ☐ Harassed/ intimidated me (other than sexual harassment) |
| ☐ Fired me/laid me off | ☐ Denied me overtime benefits | ☐ Sexually harassed or intimidated me | ☐ Did not call back after lay-off |
| ☐ Demoted me | ☐ Paid me a lower salary than other co-workers doing the same job | ☐ Gave me different or worse job duties than other workers doing the same job | ☐ Denied me services/treated differently by employment agency |
| ☐ Suspended me | ☐ Denied me an accommodation for my religious practices | ☐ Gave me a disciplinary notice or negative performance review | ☐ Unlawful inquiry, or limitation, specification or discrimination in job advertisement |
| ☐ Denied me training | ☐ Denied me promotion/ pay raise | ☐ Denied a license by a licensing agency | ☐ Other: |

**9. Description of alleged discrimination**

*Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*

On 9/29/17 Raymond Stowell was on the control board which unlocks the secured doors when we pressed the bell to receive access. I pressed the bell after using my key to unlock the door (in stairwell) and the bell stopped but the magnet wasn't released. I pressed the bell again and the same thing. This went on for at least 40 seconds with me pressing the bell 7-8 times without access to pass through the door. I began to panic & went to press my PAL but didn't have it on me. I pressed the button again and was finally let in. I unlocked the second door pressed the button & got through. I went to the back desk and called the control room to see who was on the switchboard, which was Stowell, and was there any reports of the door being broken. Stowell answered and told me there were no complaints of the door malfunctioning and I said exactly & hung up. I exited the Forensic Unit because I had become overwelmed & anxious from being locked in the stairwell for an extended time. I shared the issue with Officer Marshall which advised me to report to Sgt. Moore which I did. Moore pulled the tape & seen that he left me in the stairwell for sometime & told me he would talk to him. I worked double shifts 9/29, 9/30, 10/1 and the morning of 10/1 Officer Gilbert & Richards were in the control room. From me reporting Stowell they clique up & take up for each other. I made sure that I would clear the metal detector because to my knowledge Richards wasn't allowed to work in forensics from the numerous complaints from Laurie Billet and I assumed something was up. When you hand in your personal keys you get house keys which the officers usually just put in the drawer for you before you clear. Richards watched the monitor & me while I walked through the detector I cleared and exited the sally port to await Richards wasn't for me to retrieve my keys. He threw the keys in hard & slammed the drawer open so I could retrieve them. I said thank you & did a happy dance because I

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* ***DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.***

Knew what this was about & waited till 10/31/18 for HR so I could report them with Laurie Billet present.

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL**

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

Sign your full legal name

Subscribed and sworn before me
This 3rd day of July, 2018

_____
Signature of Notary Public

County: _____    Commission expires: _____

DEBBIE S. KING
Notary Public, State of New York
No. 01KE5013503
Qualified in Niagara County
My Commission Expires July 15, 2019

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

## Additional Information

*This page is for the Division's records and **will remain confidential and will not be sent to the company or person(s) whom you are filing against.***

---

**1. Contact Information**

| My primary telephone number: | My secondary telephone number: |
|---|---|
| (585) 748-1671D | (585) 282-8007 |

| My email address: | Date of birth: |
|---|---|
| jdr.lastlife@gmail.com | 12/29/72 |

Contact person: (*Someone who does not live with you but will know how to contact you if the Division cannot reach you*)

Name: Barbara A. Slade

Telephone number: (585) 282-8007

Address: 19 Fostone lane Apt. C

Email address: ~~praisingthelordsaviour@~~ prayingspirit55@gmail.com

Relationship to me: mother

---

**2. Special Needs**

I am in need of:

☐ Interpretation (if so what language?): _____

☐ Accommodations for a disability: _____

☐ Privacy. Keep my contact information confidential as I am a victim of domestic violence

☐ Other: _____

---

**3. Settlement / Conciliation**

To settle this complaint, I would accept: (*Explain what you want to happen as a result of this complaint. Do you want a letter of apology, your job back, lost wages, an end to the harassment, etc.?*)

Compensation for wages anxiety and to right all of the wrongs that have been done to me

---

**4. Witnesses (information about witnesses may be shared with the parties as necessary for the investigation)**

The following people saw or heard the discrimination and can act as witnesses:

Name: Laurie Billet          Title: Forensics Admissions

Telephone Number: (585) 841-1716    Relationship to me: Friend

What did this person witness? She was the initial person being trespassed, sexual harrassment

Name: _____       Title: _____

Telephone Number: ( ) _____ - _____    Relationship to me: _____

What did this person witness? _____

---

**5. Did you report or complain about the discrimination to someone else?** ☒ Yes    ☐ No

**If yes, how exactly did you complain about the discrimination?** *(To whom did you complain?)*

I've filed WPV complaints on both officers and not received responses back in a timely fashion for Raymond Stowell

**Date you reported or complained about discrimination:** 10 (month)  4 (day)  2017 (year)

**What happened after you complained?**

I receive a response for Thomas Richards stating it didn't fit the critieria for WPV and was offered a variety of services & they didn't respond to Raymond Stowell because he went out on ESL for his hand

**If you did not report the discrimination, please explain why:**

**6. Were other people treated the same as you? How?**
*(For example, people who were harassed by the same manager, disciplined or terminated for the same reasons, did not receive an accommodation for the same reasons, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, religions, etc.*

Laurie Billot. They harrassed her as well. We work in a locked secured unit and they would leave us at the doors for extended periods of time and other things that they controled in the Control Room

**7. Were other people treated better than you? How?**
*(For example, people who were not fired for doing the same thing you were fired for, people who were doing the same job but making more money, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, religions, etc.*

2
Additional Information

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

19 CV 6320 MAT

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** LaYonda A. Jefferson

**DEFENDANTS** Rochester Psychiatric Center

**(b)** County of Residence of First Listed Plaintiff Monroe
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Monroe
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
LaYonda A. Jefferson
30 Baker St. Apt. 19    585.358.6223
Churchville, N.Y. 14428

Attorneys *(If Known)*

MAY - 1 2019

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
     Plaintiff

☑ 3  Federal Question
     *(U.S. Government Not a Party)*

☐ 2  U.S. Government
     Defendant

☐ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☑ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☑ 1 Original
    Proceeding

☐ 2 Removed from
    State Court

☐ 3 Remanded from
    Appellate Court

☐ 4 Reinstated or
    Reopened

☐ 5 Transferred from
    Another District
    *(specify)*

☐ 6 Multidistrict
    Litigation -
    Transfer

☐ 8 Multidistrict
    Litigation -
    Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Discrimination and retaliation

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☑ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE 5/1/19

SIGNATURE OF ATTORNEY OF RECORD LaYonda A. Jefferson

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____